IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. WILLIAM M. POLLACK,<br>on behalf of plaintiff and the class members<br>defined herein,<br><br>        Plaintiff,<br><br>        v.<br><br>BEST PRACTICES ACADEMY, LLC<br><br>        Defendant. | No. 16 CV 3552<br><br>Judge Shadur |

## STIPULATION OF DISMISSAL

NOW COMES the Parties Dr. William M. Pollack and Best Practices Academy, LLC, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. The claims of the putative class are dismissed without prejudice and without costs. Plaintiff dismisses his claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

| **DR. WILLIAM M. POLLACK** | **BEST PRACTICES ACADEMY, LLC** |
|---|---|
| s/Daniel A. Edelman | s/ Bart T. Murphy |
| By one of Plaintiff's attorneys | By one of Defendant's attorneys |
| Daniel A. Edelman | Bart T. Murphy |
| Edelman, Combs, Latturner & Goodwin LLC | Ice Miller, LLP |
| 20 S. Clark St., Suite 1500 | 2300 Cabot Drive, Suite 455 |
| Chicago, IL 60603 | Lisle, IL 60532 |
| 312-739-4200 | 630-955-6392 |

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, certify that on July 12, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will send notification of such filing to the following:

    Bart T. Murphy (bart.murphy@icemiller.com)
    Martha L. O'Connor (martha.o'connor@icemiller.com)
    Ice Miller LLP
    2300 Cabot Drive, Suite 455
    Lisle, IL 60532

                                              s/ Daniel A. Edelman
                                              Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)